IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:10-cr-00057-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SEALING RECORDS |
| | ) | |
| NICHOLAS VAN BROCKLIN TRAHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 1, 2011, the Court received school record exhibits for in camera consideration of Defendant's sealing request, which are part of Defendant's sentencing memorandum. Since these exhibits contain personal information that should not be part of the public record, Defendant's sealing request is GRANTED.

Therefore, the Clerk of the Court shall file under seal the school record exhibits, shall file this order on the public docket, and shall serve this order and the sealed exhibits on the parties.

Dated:  December 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge