BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00057 GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| NICK VAN BROCKLIN TRAHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on or about May 10, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Nick Van Brocklin Trahan and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)    One black generic computer tower with no serial number seized from 6357 Templeton Drive Carmichael, California, on February 11, 2009;

        b)    One 100 GB Maxtor Digital hard drive, serial number B202V99H;

        c)    One 320 GB Western Digital hard drive, serial number WD3200AAKB;

|   |   |   |
|---|---|---|
| 1 | d) | One 300 GB Samsung HD300LD hard drive; serial number SOA4J10L237075; and |
| 2 3 | e) | One 149 GB Seagate hard drive, serial number 9QJ0S5X1. |

AND WHEREAS, beginning on May 12, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Nick Van Brocklin Trahan.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and

///
///
///
///

control over the subject property until it is disposed of according to law.

Dated: January 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge